IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES,

    Plaintiff,

v.

BANK OF AMERICA CORP.,

    Defendant.

No. C 12-80206

**ORDER DENYING REQUEST THAT FOREIGN JUDGMENT BE REGISTERED IN THIS DISTRICT**

Pro se litigant Sandra Williams has filed a request that the Clerk register in this District a judgment from another District. *See* 28 U.S.C. § 1963 (governing registration of judgments from foreign Districts). Specifically, she seeks registration of a Consent Judgment entered in *United States v. Bank of America Corp.*, CV 12-361 (Apr. 4, 2012) in the United States District Court for the District of Columbia. Ms. Williams has given no reason for the registration request. She does not appear to be a party to that action, nor has she attached all the exhibits originally filed with the consent judgment. Further, she has attached various documents unrelated to the consent judgment, and seeks their filing/registration along with the Consent Judgment. This is improper. The Court hereby DENIES her request.

**IT IS SO ORDERED.**

Dated: August 31, 2012

SUSAN ILLSTON
United States District Judge